UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x Civil Action No.: CV-04-5154 (JG) (ASC)

UNITED STATES OF AMERICA,

     Plaintiff,

 - against-

GLORIA HENNY,

     Defendant.
---------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 26 2005 ★
BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Gloria Henny failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Gloria Henny:

**Claim No. C100-03523W**

| | |
|---|---|
| Principal Balance: | $3,188.03 |
| Total Interest Accrued at 8.000%: | $3,149.16 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $6,517.19 |
| Attorney's Fees: | $1,303.44 |
| Total Owed: | $7,820.63 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
   ש״נ , 2005

        s/John Gleeson
        _____
        John Gleeson
        United States District Judge